1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5               FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

7   In re:                                Case No.  16-cv-06443-MMC

8   PACIFIC THOMAS CORPORATION,
    dba PACIFIC THOMAS CAPITAL, dba       **ORDER RE: APPELLANT'S**
9   SAFE STORAGE,                          **RESPONSE TO ORDER TO SHOW**
                                           **CAUSE; VACATING BRIEFING**
10                    Debtor.              **SCHEDULE**

11

12

13          By order filed December 9, 2016, the Court directed appellant Randall Whitney to

14   show cause why the above-titled appeal should not be dismissed for failure to timely

15   designate the record on appeal.  On December 30, 2016, appellant, who proceeds pro

16   se,[1] filed his "Response to an Order to Show Cause and Request Leave to Amend."

17   Having read and considered appellant's filing, the Court rules as follows:

18          1.  To the extent appellant seeks an extension of time to amend his response to

19   the Court's order to show cause, the request is hereby DENIED; appellant, in his filing of

20   December 30, 2016, has explained the reason for the above-referenced delay.  The

21   Court will defer ruling as to the sufficiency of such explanation pending appellees' reply, if

22   any, to appellant's response, and, as set forth in the Court's order of December 9, 2016,

23   said matter will stand submitted as of January 13, 2017.

24          2.  To the extent appellant seeks an extension of time to file his opening brief, the

25   Court finds good cause exists to grant such request, in light of appellant's stated effort to

26

27          _____

28          [1]The "Substitution of Counsel - Civil," filed December 27, 2016, by which appellant
    has substituted himself in place of Paul McCarthy, is hereby APPROVED.

*United States District Court*
*Northern District of California*

1   retain new counsel to represent him in the instant appeal.  Given the pendency of the

2   order to show cause, however, the Court, rather than extend the deadline to file an

3   opening brief to a specified date, hereby VACATES the present briefing schedule.  (See

4   Notice of Briefing, filed December 28, 2016.)  The Court will reset the briefing schedule in

5   the event the order to show cause is discharged.

6           **IT IS SO ORDERED.**

7

8   Dated: January 5, 2017

9                                                   MAXINE M. CHESNEY
                                                    United States District Judge

United States District Court
Northern District of California

2