IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE, <br><br> Debtor | Case No. 16-cv-06443-MMC <br><br> **ORDER DISMISSING APPEAL** |

By order filed January 17, 2017, the Court found the orders that appellant Randall Whitney seeks to appeal in the above-titled action are interlocutory in nature, and directed appellant to file, no later than February 3, 2017, a motion for leave to appeal. Appellant has not filed a motion for leave, and appellee Kyle Everett has filed a response to the Court's order, by which appellee requests the above-titled appeal be dismissed in light of appellant's failure to file a motion for leave by the deadline set by the Court.

Having fully considered the matter, the Court hereby DISMISSES the above-titled appeal for lack of subject matter jurisdiction, as leave to appeal has not been sought, let alone granted. See 28 U.S.C. § 158(a)(3) (providing district courts have jurisdiction to hear appeals from interlocutory orders of bankruptcy court only "with leave of court").

**IT IS SO ORDERED.**

Dated: March 9, 2017

MAXINE M. CHESNEY
United States District Judge